**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-19061-JPC |
| | § | |
| THOMAS J. DIMONTE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 02/09/2012, in Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   01/10/2012      By:   /s/ David P. Leibowitz
                                                                                (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:  §  Case No. 11-19061-JPC
 §
THOMAS J. DIMONTE  §
 §
 §
 §
Debtor(s)  §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $4,441.24
*and approved disbursements of*  $28.12
*leaving a balance on hand of[1]:*  $4,413.12

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $4,413.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,110.31 | $0.00 | $1,110.31 |
| David P. Leibowitz, Trustee Expenses | $38.42 | $0.00 | $38.42 |

Total to be paid for chapter 7 administrative expenses:  $1,148.73
Remaining balance:  $3,264.39

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:  $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Remaining balance: $3,264.39

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $3,264.39

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $135,288.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Commerce Bank | $31,373.97 | $0.00 | $757.03 |
| 2 | Chase Bank USA, N.A. | $9,684.21 | $0.00 | $233.67 |
| 3 | Portfolio Recovery Associates, LLC | $10,778.46 | $0.00 | $260.08 |
| 4 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $66,270.84 | $0.00 | $1,599.06 |
| 5 | Discover Bank | $17,180.55 | $0.00 | $414.55 |

Total to be paid to timely general unsecured claims: $3,264.39
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (5/1/2011)**

    Total to be paid to tardily filed general unsecured claims:     $0.00
    Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

    Total to be paid for subordinated claims:     $0.00
    Remaining balance:     $0.00

Prepared By: /s/ David P. Leibowitz
            Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                           United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                         Case No. 11-19061-JPC
Thomas J. DiMonte                                              Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1        User: dwilliams             Page 1 of 3             Date Rcvd: Jan 19, 2012
                            Form ID: pdf006             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2012.
db           +Thomas J. DiMonte,    205 Olmsted Road,    Riverside, IL 60546-2324
17229382      Bank of America,    Box 5170,    Simi Valley, CA 93062-5170
17229384     +CEP American Illinois PC,    Box 582663,    Modesto, CA 95358-0070
17229389      CMRE Financial Services Inc.,    3075 E. Imperial Highway #200,    Brea, CA 92821-6753
17229385     +Chase Bank USA NA,    5202 Presidents Court,    Frederick, MD 21703-8398
17651675      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17229387      Citimortgage,    P.O. Box 183040,    Columbus, OH 43218-3040
17229388     +City of South Haven,    539 Phoenix St,    South Haven, MI 49090-1573
17229394     +DuPage National Bank,    101 Main Street,    West Chicago, IL 60185-2857
17229395      FFCC-Columbus Inc.,    Box 20790,    Columbus, OH 43220-0790
17229397     +Freedman Aselmo Lundberg & Rappe,    1807 W. Diehl Rd #333,    Naperville, IL 60563-1890
17229399      HSBC Best Buy,    Beneficial National Bank,    PO Box 15518,    Wilmington, DE 19850-5518
17229401      LCA Collections,    Box 2240,    Burlington, NC 27216-2240
17229400      Laboratory Corp of America,    Box 2240,    Burlington, NC 27216-2240
17229402     +M3 Financial Services Inc.,    P.O. Box 7230,    Westchester, IL 60154-7230
17229403     +MacNeal Hospital,    3249 S. Oak Park Avenue,    Berwyn, IL 60402-0715
17229406     +Merchants Credit Guide Co.,    223 W. Jackson Boulevard #400,    Chicago, IL 60606-6974
17229407     +NCB Management Services Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
17229408      NCO Financial Systems,    P.O. Box 15081,    Wilmington, DE 19850-5081
17229409     +NCO Financial Systems Inc.,    507 Prudential Road / Dept 23,    Horsham, PA 19044-2368
17229410     +Neal M. Goldberg,    Law Offices of Neal M. Goldberg,    39 S. LaSalle Street #1220,
               Chicago, IL 60603-1717
17229411      Northstar Location Services LLC,    4285 Genesee Street,    Buffalo, NY 14225-1943
17229412    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates LLC,    120 Corporate Boulevard,
               Norfolk, VA 23502)
17229413      Quest Diagnostics,    P.O. Box 809403,    Chicago, IL 60680-9403
17229414     +Rehab Solutions,    7310 W. Pershing Road #100,    Lyons, IL 60534-1247
17229415     +Robert G. Strnad, MD,    353 E. Burlington #202,    Riverside, IL 60546-2169
17229416     +SCCS,    914 14th Street,    Modesto, CA 95354-1011
17229417     +Transworld Systems,    1375 E. Woodfield Road #110,    Schaumburg, IL 60173-5423
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17229381     +E-mail/Text: BKRPT@RETRIEVALMASTERS.COM Jan 20 2012 01:41:30
               American Medical Collection Agency,    4 Westchester Plaza #110,    Elmsford, NY 10523-1615
17229383     +E-mail/Text: cms-bk@cms-collect.com Jan 20 2012 02:00:00     Capital Management Services LP,
               726 Exchange Street #700,    Buffalo, NY 14210-1464
17229392      E-mail/Text: bankruptcy@commercebank.com Jan 20 2012 02:01:22     Commerce Bank,
               P.O. Box 419248,    Kansas City, MO 64141-6248
17906274      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 20 2012 02:51:57     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
17229398     +E-mail/Text: pgray@hinsdalebank.com Jan 20 2012 01:43:45     Hinsdale Bank & Trust,
               25 E. First Street,    Hinsdale, IL 60521-4119
17896005     +E-mail/Text: resurgentbknotifications@resurgent.com Jan 20 2012 01:39:38
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17229386      Citicard
17229393      Discover Card
17229390*     CMRE Financial Services Inc.,    3075 E. Imperial Highway #200,    Brea, CA 92821-6753
17229391*     CMRE Financial Services Inc.,    3075 E. Imperial Highway #200,    Brea, CA 92821-6753
17229404*    +MacNeal Hospital,    3249 S. Oak Park Avenue,    Berwyn, IL 60402-0715
17229405*    +MacNeal Hospital,    3249 S. Oak Park Avenue,    Berwyn, IL 60402-0715
17762061*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,
               Norfolk VA 23541)
17229396    ##+FMA Alliance Ltd.,    11811 N. Freeway #900,    Houston, TX 77060-3292
                                                                               TOTALS: 2, * 5, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1         User: dwilliams           Page 2 of 3           Date Rcvd: Jan 19, 2012
                             Form ID: pdf006          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 21, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: dwilliams              Page 3 of 3                  Date Rcvd: Jan 19, 2012
                               Form ID: pdf006              Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2012 at the address(es) listed below:
          David P Leibowitz    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Julia Jensen Smolka    on behalf of Debtor Thomas DiMonte jjensen@dimonteandlizak.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                               TOTAL: 3