UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 11-19061-JPC
§
THOMAS J. DIMONTE §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $645,738.09 | Assets Exempt: | $29,488.82 |
| Total Distributions to Claimants: | $3,264.39 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $1,176.85 | | |

3) Total gross receipts of $4,441.24 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $4,441.24 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $863,266.81 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,176.85 | $1,176.85 | $1,176.85 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $135,983.13 | $135,288.03 | $135,288.03 | $3,264.39 |
| **Total Disbursements** | $999,249.94 | $136,464.88 | $136,464.88 | $4,441.24 |

4). This case was originally filed under chapter 7 on 05/04/2011. The case was pending for 12 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/14/2012           By:   /s/ David P. Leibowitz
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2008 Lincoln Navigator | 1129-000 | $4,441.24 |
| **TOTAL GROSS RECEIPTS** | | $4,441.24 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | 4110-000 | $530,325.01 | NA | $0.00 | $0.00 |
| | Citimortgage | 4110-000 | $196,590.00 | NA | $0.00 | $0.00 |
| | City of South Haven | 4110-000 | $7,165.80 | NA | $0.00 | $0.00 |
| | DuPage National Bank | 4110-000 | $103,000.00 | NA | $0.00 | $0.00 |
| | Hinsdale Bank & Trust | 4110-000 | $26,186.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $863,266.81 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,110.31 | $1,110.31 | $1,110.31 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $38.42 | $38.42 | $38.42 |
| Green Bank | 2600-000 | NA | $28.12 | $28.12 | $28.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,176.85 | $1,176.85 | $1,176.85 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**
UST Form 101-7-TDR (5/1/2011)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commerce Bank | 7100-000 | $30,754.74 | $31,373.97 | $31,373.97 | $757.03 |
| 2 | Chase Bank USA, N.A. | 7100-900 | $9,684.21 | $9,684.21 | $9,684.21 | $233.67 |
| 3 | Portfolio Recovery Associates, LLC | 7100-900 | $10,517.06 | $10,778.46 | $10,778.46 | $260.08 |
| 4 | PYOD LLC its successors and assigns as assignee of Citibank, NA | 7100-900 | $62,270.84 | $66,270.84 | $66,270.84 | $1,599.06 |
| 5 | Discover Bank | 7100-900 | $17,180.55 | $17,180.55 | $17,180.55 | $414.55 |
|  | CEP American Illinois PC | 7100-000 | $306.00 | NA | NA | $0.00 |
|  | CMRE Financial Services Inc. | 7100-000 | $846.99 | NA | NA | $0.00 |
|  | Laboratory Corp of America | 7100-000 | $76.56 | NA | NA | $0.00 |
|  | M3 Financial Services Inc. | 7100-000 | $1,406.20 | NA | NA | $0.00 |
|  | MacNeal Hospital | 7100-000 | $234.96 | NA | NA | $0.00 |
|  | MacNeal Hospital | 7100-000 | $612.03 | NA | NA | $0.00 |
|  | MacNeal Hospital | 7100-000 | $476.65 | NA | NA | $0.00 |
|  | Merchants Credit Guide Co. | 7100-000 | $634.03 | NA | NA | $0.00 |
|  | NCO Financial Systems Inc. | 7100-000 | $379.79 | NA | NA | $0.00 |
|  | Quest Diagnostics | 7100-000 | $113.12 | NA | NA | $0.00 |
|  | Rehab Solutions | 7100-000 | $92.00 | NA | NA | $0.00 |
|  | Robert G. Strnad, MD | 7100-000 | $91.40 | NA | NA | $0.00 |
|  | SCCS | 7100-000 | $306.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $135,983.13 | $135,288.03 | $135,288.03 | $3,264.39 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 11-19061-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DIMONTE, THOMAS J. | Date Filed (f) or Converted (c): | 05/04/2011 (f) |
| For the Period Ending: | 5/14/2012 | §341(a) Meeting Date: | 06/21/2011 |
| | | Claims Bar Date: | 10/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single family home 205 Olmsted Road Riverside, IL 60546 | $413,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | Michigan townhome 240 Black River Street #17 South Haven, MI 49090 | $220,000.00 | $12,444.20 | DA | $0.00 | FA |
| 3 | Bank of America Checking account #1190 | $200.00 | $0.00 | DA | $0.00 | FA |
| 4 | Miscellaneous household furniture for two homes | $2,000.00 | $2,000.00 | DA | $0.00 | FA |
| 5 | Miscellaneous clothing | $300.00 | $0.00 | DA | $0.00 | FA |
| 6 | Term life insurance policy Transcontinental Life Insurance | $0.00 | $0.00 | DA | $0.00 | FA |
| 7 | Vanguard Group IRA Account #0040-09942930064 Beneficiary son | $4,456.53 | $0.00 | DA | $0.00 | FA |
| 8 | Vanguard Group IRA Account #0040-09953589187 Beneficiary daughter | $3,332.29 | $0.00 | DA | $0.00 | FA |
| 9 | Vanguard Group IRA Account #0040-09913390086 Beneficiary wife | $5,938.09 | $5,938.09 | DA | $0.00 | FA |
| 10 | 2008 Lincoln Navigator | $26,000.00 | $0.00 | DA | $4,441.24 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$675,226.91     $20,382.29     $4,441.24     $0.00

**Major Activities affecting case closing:**
TFR completed for Trustee's Review.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 07/12/2012 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2011 | DAVID LEIBOWITZ |

FORM 2
Page No: 1
Case 11-19061   Doc 27   Filed 03/18/14   Entered 03/18/14 11:31:40   Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document      Page 6 of 7
Exhibit 9

| Case No. | 11-19061-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DIMONTE, THOMAS J. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8534 | Checking Acct #: | ******6101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/4/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/14/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/28/2011 | (10) | Thomas Dimonte | Payment on realized profit from the sale of the vehicle. | 1129-000 | $4,441.24 | | $4,441.24 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.16 | $4,434.08 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.38 | $4,426.70 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.68 | $4,420.02 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.90 | $4,413.12 |
| 02/09/2012 | 1001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $38.42 | $4,374.70 |
| 02/09/2012 | 1002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,110.31 | $3,264.39 |
| 02/09/2012 | 1003 | Commerce Bank | Claim #: 1; Amount Claimed: 31,373.97; Amount Allowed: 31,373.97; Distribution Dividend: 2.41; | 7100-000 | | $757.03 | $2,507.36 |
| 02/09/2012 | 1004 | Chase Bank USA, N.A. | Claim #: 2; Amount Claimed: 9,684.21; Amount Allowed: 9,684.21; Distribution Dividend: 2.41; | 7100-900 | | $233.67 | $2,273.69 |
| 02/09/2012 | 1005 | Portfolio Recovery Associates, LLC | Claim #: 3; Amount Claimed: 10,778.46; Amount Allowed: 10,778.46; Distribution Dividend: 2.41; | 7100-900 | | $260.08 | $2,013.61 |
| 02/09/2012 | 1006 | PYOD LLC its successors and assigns as assignee of | Claim #: 4; Amount Claimed: 66,270.84; Amount Allowed: 66,270.84; Distribution Dividend: 2.41; | 7100-900 | | $1,599.06 | $414.55 |
| 02/09/2012 | 1007 | Discover Bank | Claim #: 5; Amount Claimed: 17,180.55; Amount Allowed: 17,180.55; Distribution Dividend: 2.41; | 7100-900 | | $414.55 | $0.00 |
| | | | **TOTALS:** | | $4,441.24 | $4,441.24 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $4,441.24 | $4,441.24 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $4,441.24 | $4,441.24 | |

| For the period of 5/4/2011 to 5/14/2012 | | For the entire history of the account between 07/28/2011 to 5/14/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,441.24 | Total Compensable Receipts: | $4,441.24 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,441.24 | Total Comp/Non Comp Receipts: | $4,441.24 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,441.24 | Total Compensable Disbursements: | $4,441.24 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,441.24 | Total Comp/Non Comp Disbursements: | $4,441.24 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-19061-JPC | | Trustee Name: | David Leibowitz |
| Case Name: | DIMONTE, THOMAS J. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8534 | | Checking Acct #: | ******6101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/4/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/14/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,441.24 | $4,441.24 | $0.00 |

**For the period of 5/4/2011 to 5/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $4,441.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,441.24 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,441.24 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,441.24 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/04/2011 to 5/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $4,441.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,441.24 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,441.24 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,441.24 |
| Total Internal/Transfer Disbursements: | $0.00 |